IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN W. GESSNER,

        Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. CV 06-1061-HU

JUDGMENT

**MOSMAN, J.,**

Based on the Opinion and Order of the court filed December 18, 2007 (#24) adopting the Magistrate Judge's Findings and Recommendations (#22),

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

DATED this  20th  day of December, 2007.

        /s/ Michael W. Mosman
        MICHAEL W. MOSMAN
        United States District Judge

PAGE 1 - JUDGMENT